# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERTO CARLOS HERNANDEZ,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 71786

**FILED**

DEC 09 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

On November 17, 2016, appellant filed a notice of appeal. No appealable order was designated in the notice of appeal. Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc: Hon. Douglas Smith, District Judge
Roberto Carlos Hernandez
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

16-38250